

**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

TEL. NO. 579-5861
(AREA CODE 203)

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

October 31, 2006

Office of the Clerk
United States District Court
for the Southern District of Florida
150 Federal Court House Square
301 North Miami Avenue
Miami, FL 33128

re:   3:01cr102(JCH)
      USA v Anthony Natalizio



FILED by _____ D.C.
MAG. SEC.
NOV 13 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Dear Clerk:

I am forwarding the certified documents from the Bridgeport file in accordance with our procedures in a probation transfer to another district. Enclosed please find the following papers:

   Certified copies of the docket sheet
   Order
   Indictment
   Judgment

Please sign and return a copy of this letter in the enclosed envelope. Please call me at (203) 579-5539 if I can be of further assistance.

Yours very truly,
Kevin F. Rowe, Clerk


Yelena Gutierrez
Deputy Clerk

Enclosures